# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CV531** |
| **Plaintiff,** | ) | |
| vs. | ) | |
| **BETTY A. WILSON, RAY R. WILSON** a/k/a RAY RONALD WILSON; STATE OF NEBRASKA ex rel. NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHILD SUPPORT ENFORCEMENT,** | ) | **ORDER FOR DISMISSAL** |
| **Defendants.** | ) | |

This matter is before the Court on the Stipulation for Dismissal executed by the Plaintiff, United States of America, and the Defendant, State of Nebraska, ex rel. Nebraska Department of Health and Human Services, Child Support Enforcement ("State") (Filing No. 12). Pursuant to the stipulation, these parties agree that the State has no interest in the property described in the Complaint, and that the State should be dismissed from the action. I find that the Stipulation complies with the requirements of Fed. R. Civ. P. 41. Accordingly,

IT IS ORDERED:

1) The Stipulation for Dismissal (Filing No. 12) is approved, and the relief requested therein shall be granted;

2) The Defendant, State of Nebraska, ex rel. Nebraska Department of Health and Human Services, Child Support Enforcement, is dismissed from this action without prejudice; and

3) The Clerk of the Court is directed to remove attorney Douglas D. Dexter from the electronic notification list for this case.

Dated this 22nd day of March, 2006.

                                BY THE COURT:

                                s/Laurie Smith Camp
                                United States District Judge